No. 1152. MILLER ET AL. *v.* UNITED STATES; and

No. 1168. DEES ET AL. *v.* UNITED STATES. June 1, 1942. Petitions for writs of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Dan R. Schwartz* for petitioners in No. 1152. *Mr. Frank F. L'Engle* for petitioners in No. 1168. *Solicitor General Fahy, Assistant Attorney General Berge,* and *Messrs. Oscar A. Provost* and *Henry J. Fox* for the United States.

No. 1173. GOUDEAU *v.* DAIGLE ET AL. June 1, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. L. A. Goudeau* and *Joseph A. Loret* for petitioner.

No. 1176. MESTA *v.* COMMISSIONER OF INTERNAL REVENUE. June 1, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. William A. Seifert* and *William Wallace Booth* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Mr. Sewall Key* for respondent.

No. 1178. OZARK CHEMICAL CO. *v.* JONES, COLLECTOR OF INTERNAL REVENUE. June 1, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Messrs. Fenelon Boesche* and *Roscoe E. Harper* for petitioner. *Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Sewall Key, Carlton Fox,* and *Richard S. Salant* for respondent.

No. 1181. ROYAL INSURANCE CO., LTD. *v.* SMITH. June 1, 1942. Petition for writ of certiorari to the Circuit Court